UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRYSTAL CZECH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-cv-1923-APG-GWF<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>(ECF No. 7) |

　　　The plaintiff moves to remand this case to state court. ECF No.7. The plaintiff has previously stated that she has incurred in excess of $50,000 for medical bills, and that she is continuing to treat with medical providers. ECF No. 8 at 10. She also seeks to recover for her "ongoing pain and disability and her loss of enjoyment of life." *Id.* Based upon that, it is apparent that the amount in controversy in this case exceeds $75,000. 28 U.S.C. § 1332. Therefore, this court has jurisdiction over this matter and remand is not appropriate.

　　　IT IS THEREFORE ORDERED that plaintiff's motion to remand **(ECF No.7) is DENIED.**

　　　DATED this 14th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE