Kym Samuel Cushing
Nevada Bar No. 004242
Douglas M. Rowan
Nevada Bar No. 004736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for defendant Target Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL CZECH, | CASE NO: 2:16-cv-01923-APG-GWF |
| Plaintiff, | |
| vs. | ORDER |
| TARGET CORPORATION, dba TARGET STORE #2569, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants | |

## STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

Plaintiff Crystal Czech, by and through her counsel of record John B. Shook, Esq., of Shook & Stone, and Defendant Target Corporation, by and through their counsel of record, Kym Samuel Cushing, Esq., Of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree to

///

///

///

///

///

///

///

1246689v.1

the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 27 day of February, 2018.　　DATED this 26 day of Feb, 2018.

**WILSON, ELSER, MOSKOWITZ,**　　**SHOOK & STONE**
**EDELMAN & DICKER LLP**

BY: _____　　BY: _____
Kym S. Cushing　　　　　　　　　　　John B. Shook, Esq.
Nevada Bar No. 004242　　　　　　　Nevada Bar No. 005499
Douglas M. Rowan　　　　　　　　　710 South 4th Street
Nevada Bar No. 004736　　　　　　　Las Vegas, NV 89101
300 South Fourth Street, 11th Floor　Attorney for Plaintiff
Las Vegas, NV 89101　　　　　　　　*Crystal Czech*
Attorneys for Defendant
*Target Corporation*

**ORDER**

IT IS SO ORDERED.

Dated: February 28, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
**& DICKER LLP**

BY: _____
Kym Samuel Cushing
Nevada Bar No. 004242
Douglas M. Rowan
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant* Target Corporation